## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TENNESSEE
## WESTERN DIVISION

FILED BY _____ D.C.

05 JUL 18  PM 4: 47

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

JEFF WOODARD, et al.,

      Plaintiffs,

vs.                         **CASE NO:  03-2781 D P**

GEORGE M. LITTLE, et al.,

      Defendants.

---

### ORDER OF DISMISSAL WITH PREJUDICE

---

The Court being advised that the Plaintiff desires to dismiss the above-styled and numbered matter, the Court finds that this matter should be and is hereby dismissed.

**ORDER AND DISMISSED**, with each party to bear its own costs.

U. S. District Judge

DATE: July 18, 2005

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on _____

**APPROVED AS TO FORM:**

_____

Kathleen L. Caldwell, #9916
Attorney for Plaintiff
2080 Peabody Avenue
Memphis, TN 38104
Telephone:  (901) 274-2075
Facsimile:   (901) 274-2085


_____

M. Dell Stiner, #013432
Attorney for Defendant
147 Jefferson Avenue, Suite 1205
Memphis, TN 38103
Telephone:  (901) 525-5771
Facsimile:   (901) 525-5799

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 36 in case 2:03-CV-02781 was distributed by fax, mail, or direct printing on July 19, 2005 to the parties listed.

---

Kathleen L. Caldwell
LAW OFFICE OF KATHLEEN L. CALDWELL
2080 Peabody Ave.
Memphis, TN 38104

Herbert E. Gerson
FORD & HARRISON, LLP- Ridge Lake Blvd.
795 Ridge Lake Blvd.
Ste. 300
Memphis, TN 38120

M. Dell Stiner
THE WHARTON FIRM
147 Jefferson Avenue
Ste. 1205
Memphis, TN 38103

David P. Knox
FORD & HARRISON, LLP- Ridge Lake Blvd.
795 Ridge Lake Blvd.
Ste. 300
Memphis, TN 38120

Honorable Bernice Donald
US DISTRICT COURT